Order entered June 6, 2018



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00089-CR
No. 05-18-00090-CR

**RUBBEN FIGUEROA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-24467-N & F16-99843-N**

## ORDER

Appellant's brief was due April 4, 2018. By postcard dated April 6, 2018, we notified appellant and directed him to file his brief and a motion to extend time within ten days. To date, no brief or motion for extension of time has been filed.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals or whether appellant has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per

curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order.  The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/      CRAIG STODDART
JUSTICE